UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEVYN TAYLOR, <br><br> Plaintiff/Relator, <br><br> GMI USA Corp., et al. <br><br> Defendants. | 1:16-cv-07216 (RWL) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024

### ORDER COMPELLING NON-PARTY
### JENNIFER MESLER
### TO APPEAR AND TESTIFY AT DEPOSITION

This matter comes before the Court on Plaintiff's letter application to compel the appearance and testimony of non-party witness Jennifer Mesler at deposition. After considering that application, Defendants non-objection, and the record of the case, the Court finds the application should be GRANTED.

IT IS THEREFORE ORDERED that non-party witness Jennifer Mesler shall appear and give testimony at a deposition in this matter at the offices of Plaintiff's counsel, Timothy J. McInnis, Esq., on a date to be selected by Plaintiff, which date shall not be less than 14 days from the date of the subpoena.  And,

IT IS FURTHER ORDERED that, within three business days of entry of this Order, Plaintiff shall serve a copy of this signed order on non-party witness Jennifer Mesler by email and certified mail and by U.S. Postal Service first-class mail addressed to Mesler at her last known place of residence.

SO ORDERED this __1st__ day of __February__, 2024

_____
Robert W. Lehrburger
United States Magistrate Judge