UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*,
DEVIN TAYLOR,

                 Plaintiff,

    - against -

GMI USA CORP., BELOVEFINE, LTD., and
STEFANO MARONI,

                 Defendants.
-------------------------------------------------------------X

16-CV-7216 (RWL)

**DECISION AND ORDER:
MOTION TO DISMISS**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Taylor's motion for partial summary judgment, Maroni's opposition, and Taylor's reply papers were fully briefed as of October 21, 2024. (Dkts. 98-106.) Taylor's Rule 56.1 Statement of Facts is full of references to documents that have been omitted from the record presented to the Court. (*See* Dkt. 102 at 1 n.1 ("Except for the witness declarations … and attachments or exhibits to them, none of the other documents cited in this PSOF are being submitted with Plaintiff's opening motion papers").

      Accordingly, Taylor is instructed to file a supplemental affidavit annexing the missing documents as exhibits thereto, using Exhibit Letters (or Numbers) continuing from the prior submission (*i.e.*, if Exhibit A was the last exhibit submitted in Taylor's motion, these supplemental exhibits would begin at Exhibit B), by **January 22, 2025**.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2025
   New York, New York

Copies transmitted this date to all counsel of record.