UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*,  :
DEVYN TAYLOR,                        :      16-CV-7216 (RWL)
                                     :
                Plaintiff,       :
                                     :      **ORDER**
      - against -                  :
                                     :
GMI USA CORP., BELOVEFINE, LTD., and :
STEFANO MARONI,                      :
                                     :
                Defendants.      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a request for Defendant Maroni to obtain access to ECF notifications. (Dkt. 119.) The Court understands that since Mr. Maroni has begun proceeding pro se, he has not updated the Pro Se Office with his personal contact information. Accordingly, Mr. Maroni shall provide the Pro Se Office with his updated address, telephone number, and email address by **April 1, 2025**.

      Moreover, the Court invites Mr. Maroni to apply for electronic service of documents filed to ECF. Parties may [consent to electronic service](#) to receive notifications of court filings by email, rather than relying on regular mail delivery. Forms, including instructions for consenting to electronic service, may be found by accessing the forms on the court's website, nysd.uscourts.gov/forms. Participating in electronic service would facilitate electronic updates and obviate the need to send international mail to Mr. Maroni, to the extent that would be required.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  March 26, 2025
        New York, New York

Copies transmitted this date to all counsel of record.