```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.,       :
DEVIN TAYLOR,                           :
                                        :        16-CV-7216 (RWL)
                    Plaintiff,          :
                                        :
        - against -                     :
                                        :        ORDER
                                        :
GMI USA CORP., BELOVEFINE, LTD., and    :
STEFANO MARONI,                         :
                                        :
                    Defendants.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the parties' joint letter filed March 27, 2025, the parties have waived their right to a jury trial and agree that the case will be tried by the Court.  Trial will begin on **November 18, 2025**, Courtroom 18D, 500 Pearl Street, New York, NY 10007.  Trial will proceed by consecutive days.  The Court plans on no more than a three-day trial.  If the parties expect trial to last any longer than three days, they shall notify the Court no later than **April 14, 2025,** and shall indicate the expected length and underlying reasons.  The parties shall review and adhere to the Court's individual rules of pretrial and trial practices.  The parties shall meet and confer as to a schedule for pretrial filings and by **April 14, 2025**, shall propose a schedule to the Court for same.

                    SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2025
      New York, New York

Copies transmitted this date to all counsel of record.