UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*,
DEVYN TAYLOR,                                       :        16-CV-7216 (RWL)
                                                    :
                        Plaintiff,           :
                                                    :        **ORDER**
        - against -                              :
                                                    :
GMI USA CORP., BELOVEFINE, LTD., and                :
STEFANO MARONI,                                     :
                                                    :
                        Defendants.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff recently emailed pretrial filings to chambers. Plaintiff is reminded that pro se parties may not send email directly to chambers but must instead file communications and documents with the Court's Pro Se Office, the email for which is ProSe@nysd.uscourts.gov.

                                            SO ORDERED,

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2025
       New York, New York

Copies transmitted this date to all parties.