```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.,           :
DEVYN TAYLOR,                               :   16-CV-7216 (RWL)
                                            :
                    Plaintiff,              :
                                            :       ORDER
          - against -                       :
                                            :
GMI USA CORP., BELOVEFINE, LTD., and        :
STEFANO MARONI,                             :
                                            :
                    Defendants.             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the pretrial materials filed by the parties on September 17, 2025. (*See* Dkts. 135-43.) Unfortunately, the parties have not complied with the Court's order of April 14, 2025, requiring the parties to file the materials specified by Judge Lehrburger's individual rules (the "Rules"). Accordingly, by **October 2, 2025**, the parties shall comply by filing the following:

1.   Plaintiff shall file a Proposed Pretrial Order including all requisite components in compliance with Rule V(B). Defendant shall cooperate with Plaintiff's counsel in preparing the Proposed Pretrial Order. *See* Rule V(F) (requiring the represented party in a pro se case to file the pretrial materials). As previously ordered, the parties need not submit trial memoranda of law at this time. *See* Rule V(C)(2)(a).

2.   Plaintiff's witness and exhibit lists as currently filed are insufficient. The witness list must generally describe for each witness the general subject of their testimony and an indication of whether the witness will testify in person or by deposition. *See* Rule V(B)(11). The exhibit list must identify each document or exhibit separately and with sufficient identifying information (including document page production numbers) for the

1

Defendant to be able to identify the exhibit for purposes of determining whether to object.  See Rule V(B)(14).

Defendant shall file the sworn Pretrial Statement (including, statement of facts, exhibit list, and witness list) required by Rule V(F).

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 18, 2025
    New York, New York

Copies transmitted this date to all parties.