UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*,
DEVYN TAYLOR,                                   :    16-CV-7216 (RWL)
                                                :
                Plaintiff,             :
                                                :    **ORDER**
      - against -                            :
                                                :
GMI USA CORP., BELOVEFINE, LTD., and            :
STEFANO MARONI,                                 :
                                                :
                Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court is in receipt of the revised pretrial order materials filed by Plaintiff. By **October 10, 2025**, Plaintiff shall file a further revised exhibit list that includes for each exhibit the corresponding production numbers (to the extent the document has identifying production numbers). By **October 17, 2025**, Plaintiff shall provide to the Court and to the Defendant electronic means (thumb drive or online depository) all exhibits on Plaintiff's exhibit list, each pre-marked with Plaintiff's exhibit number.

                                            SO ORDERED,

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2025
       New York, New York

Copies transmitted this date to all parties.