UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America, ex rel.,                   :
Devyn Taylor,                                        :     16-cv-7216 (RWL)
                        Plaintiff,          :
                                       :
              - against -                            :     **ORDER**
                                       :
GMI USA Corp., Belovefine, Ltd., and                 :
Stefano Maroni,                                      :
                        Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff filed copies of her trial witness list at Dkts. 149, 150, and 151. There is no reason why those documents should have been filed under seal, and Plaintiff did not make an application to do so. Accordingly, the Clerk is respectfully directed to unseal those docket entries.

                                                      SO ORDERED.

                                                      _____
                                                      ROBERT W. LEHRBURGER
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2025
      New York, New York

Copies transmitted this date to all parties of record.