UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*,
DEVYN TAYLOR,

                Plaintiff,

    - against -

GMI USA CORP., BELOVEFINE, LTD., and
STEFANO MARONI,

                Defendants.
------------------------------------------------------------X

16-CV-7216 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On October 16, 2025, Plaintiff Taylor and Defendant Maroni filed a stipulation of dismissal with respect to Maroni, which the Court has approved. With Maroni's dismissal from the case, the only two remaining defendants are the corporate entities, both of whom have defaulted for failure to appear by counsel. By October 24, 2025, Plaintiff shall file a letter setting forth proposed next steps to bring the case to closure.

        SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2025
      New York, New York

Copies transmitted this date to all parties.

1