```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.,           :
DEVYN TAYLOR,                               :     16-CV-7216 (RWL)
                                            :
                Plaintiff,                  :
                                            :     ORDER
        - against -                         :
                                            :
GMI USA CORP., BELOVEFINE, LTD., and        :
STEFANO MARONI,                             :
                                            :
                Defendants.                 :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 17, 2025, Plaintiff and Defendant Maroni filed a stipulation of dismissal of the case as against Maroni, which the Court entered. (Dkts. 164-65.) On November 1, 2025, Plaintiff filed a letter advising that she does not intend to seek default judgment against the two remaining corporate entities, both of which are in default, and that there is no reason why the case cannot be closed. (Dkt. 171.)

Accordingly, the Clerk of Court is directed to terminate all pending motions and deadlines and terminate the case.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2025
         New York, New York

Copies transmitted this date to all parties.

1